IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DOLWIN WHITE, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-cv-00819-M |
| | § | |
| BLUE APRON, LLC | § | |
| | § | |
| **Defendant.** | § | |

## JOINT SETTLEMENT STATUS REPORT

Pursuant to the Court's June 14, 2021, order, Plaintiff Dolwin White ("Plaintiff") and Defendant Blue Apron, LLC ("Defendant") (together, "Parties), by and through their attorneys, respectfully submit the following Joint Settlement Status Report.

The Parties have not engaged in substantive settlement efforts as the Parties believe settlement discussions will be more fruitful after initial discovery is completed. The Parties have exchanged initial disclosures and will engage in written discovery in the coming weeks.

The parties have agreed to engage Beth Krugler to mediate the case after substantial discovery is complete, including written discovery and initial key depositions.

Respectfully submitted,

By: */s/ Megan Dixon*
    Megan Dixon
    State Bar No. 24079901
    dixon@l-blaw.com
    BRAZIEL | DIXON, LLP
    1910 Pacific Avenue, Ste. 12000
    Dallas, Texas 75201
    Tel:  (214) 749-1400
    Fax:  (214) 749-1010

**ATTORNEY FOR PLAINTIFF**

and

By: */s/ Raha Assadi*
    Paul E. Hash
    State Bar No. 09198020
    Paul.Hash@jacksonlewis.com
    Raha Assadi
    Texas Bar No. 24105444
    raha.assadi@jacksonlewis.com
    JACKSON LEWIS P.C.
    500 N. Akard, Suite 2500
    Dallas, Texas  75201
    Phone: (214) 520-2400
    Fax: (214) 520-2008

**ATTORNEYS FOR DEFENDANT**