IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 3:21-CV-00819-M
2. Style of case: DOLWIN WHITE V. BLUE APRON, LLC
3. Nature of suit: Employment
4. Method of ADR used:  ☑ Mediation     ☐ Mini-Trial     ☐ Summary Jury Trial
5. Date ADR session was held: 4/19/2022
6. Outcome of ADR (*Select one*):

    ☐ Parties did not use my services.         ☐ Settled, in part, as result of ADR
    **XX Settled as a result of ADR.** **         ☐ Parties were unable to reach settlement.
    ** The Parties have reached an agreement in principle which is subject to the execution of a mutually agreeable final settlement agreement being executed by all Parties.

7. What was your TOTAL fee: $3600.00
8. Duration of ADR: Full Day   (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff): (Provider)

    Courtenay L. Bass, Mediator            Paul E. Hash, Esq.-Defendant
    Dolwin White – Plaintiff                Raha Assadi, Esq.-Defendant
    Megan L. Dixon, Esq.-Plaintiff          Kathleen McAchran- Defendant's Rep.

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

Provider information:

*Courtenay L. Bass*                    April 22, 2022
Signature                              Date


12001 N. Central Expressway, Suite 650, Dallas, Texas  75243     (214)303-4500
Address                                                          Telephone

**Megan L. Dixon, Esq.**
Braziel Dixon LLP
1910 Pacific Avenue
Suite 13300
Dallas, TX 75201
(214) 749-1400
(214) 749-1010

**Raha Assadi, Esq.**
Jackson Lewis PC
500 North Akard
Suite 2500
Dallas, TX 75201
(214) 520-2400
(214) 520-2008

**Paul E. Hash, Esq.**
Jackson Lewis PC
500 North Akard
Suite 2500
Dallas, TX 75201
(214) 520-2400
(214) 520-2008