# United States District Court

NORTHERN DISTRICT OF TEXAS
1100 COMMERCE, ROOM 1572
DALLAS, TEXAS 75242

CHAMBERS OF
CHIEF JUDGE BARBARA M.G. LYNN

TELEPHONE (214) 753-2420

April 25, 2022

To All Attorneys of Record

    Re:    *White v. Blue Apron, LLC,* Case No. 3:21-CV-819-M

Dear Counsel:

    It has come to the Court's attention that this case has settled. I commend you on your diligent efforts. I would like to receive the executed dismissal papers by May 9, 2022.

                Very truly yours,

                Barbara M.G. Lynn

BMGL/jlf