IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DOLWIN WHITE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:21-cv-00819-M |
| BLUE APRON LLC, | § § § | |
| Defendant. | § § § | |

## ORDER

Before the Court is the Motion to Extend Deadline to File Dismissal Documents (ECF No. 17), filed by Plaintiff. The Motion is GRANTED. The parties are ORDERED to file dismissal documents by June 8, 2022.

**SO ORDERED**.

May 23, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE